NUMBER 13-01-278-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

____________________________________________________________________

TEXAS DEPARTMENT OF PUBLIC SAFETY , Appellant,


v.



EGLA GONZALEZ , Appellee.

____________________________________________________________________


On appeal from the 93rd District Court

of Hidalgo County, Texas.

____________________________________________________________________


O P I N I O N



Before Chief Justice Valdez and Justices Hinojosa and Castillo

Opinion Per Curiam


Appellant, TEXAS DEPARTMENT OF PUBLIC SAFETY , perfected an appeal from a judgment entered by the 93rd
District Court of Hidalgo County, Texas, in cause number C-1556-00-B . After the record was filed, appellant filed a
motion to dismiss the appeal. In the motion, appellant states that it no longer wishes to prosecute this appeal. Appellant
requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the
motion should be granted. Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 5th day of July, 2001 .